MATTHEW GIRARDI (S.B.N. 239,007)
**THE GIRARDI FIRM**
1600 Rosecrans Avenue
4th Floor Media Center
Manhattan Beach, California 90266
Telephone: (310) 321-7656
Facsimile: (310) 321-7657
Pro Hac Vice Attorney for Plaintiffs

CLARKE DOUGLAS WALTON
**WALTON LAW FIRM, P.C.**
8275 South Eastern Avenue, Suite 200
LAS VEGAS, NEVADA 89109
Telephone (702) 255-9900
Facsimile: (702) 987-6200
Co-Counsel to Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. GARY SCHREIBER, AN INDIVIDUAL RESIDING IN OHIO, AND ROBERT SCHREIBER, AN INDIVIDUAL RESIDING IN OHIO,<br><br>Plaintiffs,<br>vs.<br><br>ROBERT KNIEVEL P/K/A EVEL KNIEVEL, AN INDIVIDUAL RESIDING IN MONTANA, AND KELLY KNIEVEL, AN INDIVIDUAL RESIDING IN NEVADA, K AND K PROMOTIONS, INC., A NEVADA CORPORATION, AND CONANT INVESTMENT COMPANY, LLC, A NEVADA CORPORATION,<br><br>Defendants. | Case No. 2:05-CV-0574-LDG-PAL<br><br>**MOTION AND ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25 TO SUBSTITUE THE RAYMOND G. SCHREIBER REVOKABLE TRUST FOR PLAINTIFF R. GARY SCHREIBER** |

/ / /
/ / /
/ / /

1

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure Rule 25, Matthew D. Girardi, attorney for plaintiffs in the above-entitled action moves this Honorable Court for an Order pursuant to Federal Rule of Civil Procedure 25, to substitute the Raymond G. Schreiber Revocable Trust as the real party in interest for Plaintiff R. Gary Schreiber.

Plaintiff R. Gary Schreiber passed away on or about October 25, 2011.

Plaintiff filed a Statement Noting Death on or about November 2, 2011.

DATED this 31st Day of January, 2012.

Respectfully Submitted,

/S/ Matthew Girardi

MATTHEW GIRARDI
**GIRARDI FIRM**
1600 ROSECRANS AVENUE 4TH FLOOR MEDIA CENTER
MANHATTAN BEACH, CALIFORNIA 90266
TELEPHONE (310) 321-7656
FACSIMILE: (310) 321-7657
CO-COUNSEL TO PLAINTIFFS

1
2                                  Order
3
4
5      This Honorable Court hereby GRANTS Plaintiffs Motion to substitute the
6  Raymond Gary Schreiber Revocable Trust as the real party in interest for Plaintiff
7  R. Gary Schreiber.
8
9
10
11
12
13     It is so Ordered  _____
14                           Honorable Judge  Lloyd D. George
15
16     DATED this ___7___ day of February, 2012.
17
18
19
20
21
22
23
24
25
26
27
28