UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND G. SCHREIBER REVOCABLE TRUST, and ROBERT SCHREIBER,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ESTATE OF ROBERT KNIEVEL p/k/a EVEL KNIEVEL, KELLY KNIEVEL, K AND K PROMOTIONS, INC., and CONANT INVESTMENT COMPANY, LLC,<br><br>　　　Defendants. | 2:05-cv-0574-LDG-PAL<br><br>**JUDGMENT** |

This matter having been tried by the court, and the court having entered its findings and conclusions in the form of a memorandum decision, the court hereby enters the following judgment:

1. As to plaintiffs' Count I for Declaratory Relief, and Defendants' First, Second and Third Counterclaims for Declaratory Judgment,

　　a.　K and K Promotions, Inc. Is the owner of the rights in the individual film clips of Evel Knievel performances, including the copyrights to such clips and future film rights.

　　b.　K and K Promotions, Inc., and The Legend's Corporation jointly own the rights, including the copyrights, to the documentary films <u>The Last of the Gladiators</u>, <u>Evel Knievel's Greatest Hits,</u> and <u>Evel Knievel's Spectacular Jumps</u>.

　　c.　Copyright Registration No. PA 1-390-303 for "Evel Knievel's The Last of the Gladiators" and Copyright Registration No. PA 1-392-509 for "Evel Knievel's

Spectacular Jumps" are invalid and should be modified to reflect the joint ownership of The Legend's Corporation and K and K Promotions, Inc.  These copyright registrations do not constitute copyright registrations of or reflect the copyright ownership to the individual film clips of Evel Knievel contained in the compilations.

    d.    K and K Promotions, Inc., is granted equal access to all film and or tape in plaintiffs' possession related to the production of The Last of the Gladiators, including the approximately 118 reels of film contained within approximately 102 reel canisters and three Betacam tapes.

    e.    The autobiographical outline identified as Plaintiffs' Exhibit 17 is the property of plaintiff Raymond Gary Schreiber Revocable Trust, and plaintiffs have no other rights to later autobiographical or biographical materials involving Evel Knievel.

    f.    The artwork and prints in the possession of plaintiffs are the plaintiffs' property.

2.    As to Plaintiffs' Counts II, III, IV, V, VI, VII, VIII, IX, X, and XI, judgment is entered in favor of defendants.

3.    As to Defendants' Fourth, Fifth, Sixth, and Seventh Counterclaims for relief, judgment is entered in favor of plaintiffs.

4.    The parties are not entitled to recover their attorneys fees incurred in this action.

DATED this ___/___ day of November, 2013.

_____
Lloyd D. George
United States District Judge

2